IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

NOV 13 2019

Clerk, U.S District Court
District Of Montana
Missoula

ESTATE OF GLOWDENA B. FINNIGAN,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

CV 18–109–M–DLC–KLD

ORDER

Before the Court is the parties Stipulated Motion for Entry of Judgment. (Doc. 41.) On October 25, 2019 this Court denied Plaintiffs' motion for summary judgment, after concluding that there were no disputed questions of fact and that Plaintiffs were not entitled to judgment as a matter of law. (Doc. 38.) The Court did not enter judgment on this finding because Defendants had not brought a cross-motion for summary judgment. Now, pursuant to the parties stipulated motion for judgment, the Court grants judgment to Defendants.

IT IS ORDERED that the motion (Doc. 41) is GRANTED. Judgment is entered for Defendants.

1

DATED this 13th day of November, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court